**No. 45119.**—Protests 930625–G, etc., of Hong Kee et al. (New York).

Opinion by Evans, J.   In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) cer-

tain of the merchandise in question was held entitled to free entry as crude drugs under paragraph 1669 and drugs, sliced, at 10 percent ad valorem under paragraph 34 as claimed.